IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CLIFF HYATT and JEREMY HARDIN, )<br>individually and on behalf of all others )<br>similarly situated, )<br>  )<br>    Plaintiffs, )<br>  )<br>v. )<br>  )<br>HILLER PLUMBING, HEATING AND COOLING )<br>CO., INC., )<br>  )<br>    Defendant. ) | Civil No. 3:11-1189<br>Judge Trauger |

## **O R D E R**

The Joint Motion to Amend Initial Case Management Order (Docket No. 14) is **GRANTED**. It is hereby **ORDERED** that Phase I discovery shall close on August 31, 2012. It is further **ORDERED** that a motion for conditional certification shall be filed by September 14, 2012, with response due October 12, 2012, and optional reply by October 26, 2012.

It is so **ORDERED.**

ENTER this 20th day of August 2012.

_____
ALETA A. TRAUGER
U.S. District Judge