**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| CLIFF HYATT and JEREMY HARDIN, | ) | |
| individually and on behalf of all others | ) | |
| similarly situated, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil No. 3:11-1189 |
| | ) | Judge Trauger |
| HILLER PLUMBING, HEATING AND COOLING | ) | |
| CO., INC., | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

The Joint Motion to Amend Initial Case Management Order (Docket No. 14) is

**GRANTED**. It is hereby **ORDERED** that Phase I discovery shall close on August 31, 2012. It

is further **ORDERED** that a motion for conditional certification shall be filed by September 14,

2012, with response due October 12, 2012, and optional reply by October 26, 2012.

It is so **ORDERED.**

ENTER this 20th day of August 2012.

_____
ALETA A. TRAUGER
U.S. District Judge