**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **CLIFF HYATT AND JEREMY HARDIN,** | ) | |
| | ) | |
| | ) | **CIVIL ACTION NO. 3:11-cv-1189** |
| **Plaintiffs,** | ) | |
| | ) | **Judge Trauger** |
| **v.** | ) | |
| | ) | |
| **HILLER PLUMBING, HEATING AND** | ) | |
| **COOLING CO. INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER APPROVING FLSA SETTLEMENT**

ON THIS DATE came to be considered the Joint Motion for Approval of Settlement Agreement. The Court has reviewed the Motion, finds the Settlement Agreement to be fair and reasonable, and hereby approves the settlement of this dispute on the basis of the settlement terms set forth in the Settlement Agreement. The Motion is GRANTED.

It is further ORDERED that this civil action is dismissed with prejudice. Each party shall bear its own costs. Neither the Settlement Agreement, the Joint Motion, nor this Order shall be considered an admission of liability by Defendant.

Signed this __11th__ day of __September__, 2012.

_____
United States District Judge

---

ORDER APPROVING FLSA SETTLEMENT – Solo Page

APPROVED FOR ENTRY:


/s/ Jonathan A. Street
Jonathan A. Street (BPR 021712)
THE HIGGINS FIRM
116 Third Ave. South
Nashville, Tennessee 37201
(615) 353-0930
(615) 353-0963 (Facsimile)

ATTORNEY FOR PLAINTIFFS
/s/ John G. Harrison
John G. Harrison (BPR 27004)
Jonathan O. Harris (BPR 21508)
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
SunTrust Plaza, Suite 1200
401 Commerce Street
Nashville, Tennessee 37219
(615) 254-1900
(615) 254-1908 (*Facsimile*)

ATTORNEYS FOR DEFENDANT


13006614.1 (OGLETREE)